People of State of Illinois ex rel. John S. Rusch, Appellee, v. Sylvia Fusco et al., Appellants.

Gen. No. 43,149.

Judgment reversed and cause remanded. Heard in the third division, first district, this court at the October term, 1944; opinion filed November 7, 1945; rehearing denied November 26, 1945; released for publication November 27, 1945. Samuel S. Epstein and Walter Hamilton, for appellants; Mayer Goldberg, of counsel; William J. Tuohy, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Commissioners. Opinion by JUSTICE BURKE. Not to be published in full.